141 A.3d 292

TWANDA JONES, CO–ADMINISTRATOR OF THE ESTATE OF ABI-
AH JONES AND BYRON JONES, CO–ADMINISTRATOR OF
THE ESTATE OF ABIAH JONES, PLAINTIFFS–RESPON-
DENTS, v. MOREY'S PIER, INC., MOREY'S ATTRACTIONS,
LLC AND THE MOREY ORGANIZATION, INC., DEFEN-
DANTS–RESPONDENTS, v. PLEASANTECH ACADEMY EDU-
CATION ASSOCIATION, INC., THIRD–PARTY DEFENDANT–
MOVANT.

June 3, 2016.

It is ORDERED that the motion for leave to appeal is granted.

141 A.3d 293

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DEWIGHT
GREER, DEFENDANT–RESPONDENT.

June 6, 2016.

It is ORDERED that the motion for leave to appeal is granted.

141 A.3d 293

ROBERT A. VERRY, RESPONDENT–RESPONDENT, v. FRANKLIN
FIRE DISTRICT NO. 1, APPELLANT–MOVANT, AND MILL-
STONE VALLEY FIRE DEPARTMENT, RESPONDENT.

June 6, 2016.

It is ORDERED that the motion for leave to appeal is granted
and the Court, on its own motion, directly certifies the entire
matter including the issues remanded by the Superior Court,
Appellate Division.